Case
4-20CV1229-Y

Kamala Allen Pasha

vs.

State of Texas
County of Tarrant
City of Ft Worth

Federal Court
Northern District of Texas
Fort Worth, Texas

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
NOV 12 2020
CLERK, U.S. DISTRICT COURT
By_____
        Deputy

Motion to file suit for
Illegal Arrest, entrapment, violation
of Civil Rights, and other acts
of crime,

I, Kamala Allen Pasha, on this ninth day of November,
two thousand and twenty A.D. do asks and pray that the
honorable presiding judge of the said court does hear
my plea and act on it.
   I, Kamala Allen Pasha, will present evidence that shows
that my case is worthy and will lead the honorable presiding
judge to grant my askings that will be provided upon the
filing of the fac to enter this cause,

   Kamala Allen Pasha

~~Katie~~ Kamal Pasha                    November 9, 2020
Signature                                Date

To: U.S. Attorney's Office
Northern District of Texas
501 W. 10th St.
Ft. Worth, Tx 76102

Monday Nov. 9, 2020

4-20 CV 1229-Y

From: Kamala Allen Pasha
      Tank 73C08
      100 N. Lamar St.
      Ft. Worth, Tx 76102

RECEIVED
NOV 1 2 2020
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

U.S. Attorney,

My name is stated above as Kamala Allen Pasha. With this letter to you I am charging the persons named in my description of my illegal arrest with violations of crimes both in the State of Texas and in the Federal Constitution and Laws of the United States.

I charge the arresting Ft. Worth Police Officer with false arresting, entrapment, and physically attacking me.

I charge the Sheriff of Tarrant County, Bill Waybourne of crimes against society, accessory to Murder, accessory to assault and battery, and imprisonment it a solitary confinement facility that does not have the officers allow inmates such as I to have our lawfully granted one hour of exercise in fresh outside air per day.

I charge the officers that serve the Lon Evans Jail Facility of Tarrant County and all other employees related to the Lon Evans Unit of violation of civil rights.

I have much evidence to validate my charges and my fellow inmates do also.

Kamala Allen Pasha          _Kamala Pasha_          Nov. 9, 2020
                              Signature                    Date

Kamala Allen Bartha
Tank 73C08
110 N. Lamer St.
Ft. Worth Tx 76196

legal

CLERK OF DISTRICT COURT
NORTHERN DIST. OF TX
FORT WORTH DIVISION
RECEIVED

2020 NOV 12  PM 11:24

DEPUTY CLERK

Office of the Distric Clerk
of the U.S. District Court
501 W. 10th St, Rm. 310
Ft. Worth, Tx 76102

legal

NORTH TEXAS TX P&DC
DALLAS TX 750
10 NOV 2020  PM 2  L



USA ★ FOREVER ★

76102-975999

legal

USA ★ FOREVER ★

NORTH TEXAS TX P&DC
DALLAS TX 750
10 NOV 2020 PM 8 L

Kamala Allen Pasha
Tank 73CU8
100 N. Lamar St.
Ft. Worth, TX

CLERK OF DISTRICT COURT
NORTHERN DIST. OF TX
FORT WORTH DIVISION
RECEIVED

2020 NOV 12, 5): Attorney's Office
6th W 10th St.

DEPUTY CLK

Ft. Worth, TX 76102

76102-364910